FILED
4/18/17 10:44 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Case No. 11-27513-GLT |
| Aaron Coleman dba Coleman Signs and Amy Coleman,<br>       Debtors | CHAPTER 13<br><br>Related to Dkt. No. 76, 82, 83, 96 and 97<br>Hearing: April 19, 2017 at 11:00 a.m. |
| Ronda J. Winnecour, Chapter 13 Trustee,<br>       Movant,<br> v.<br>Ditech Financial LLC,<br>       Respondent | |

## STIPULATION AND ORDER AS TO TRUSTEE'S NOTICE OF FINAL CURE PAYMENT AS TO CLAIM NO. 10-1

  AND NOW, come the undersigned parties, by and through their respective counsel, and enter into the following Stipulation:

  WHEREAS, Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP, fka Countrywide Home Loans Servicing LP, filed a proof of claim in this matter on March 27, 2012 and docketed at Claim no. 10-1; and

  WHEREAS, a notice of the transfer of the claim from Bank of America, N.A., to EverBank was filed on August 6, 2013 (doc. 45);

  WHEREAS, a notice of the transfer of the claim from EverBank to Green Tree Servicing LLC was filed on May 27, 2014 (doc. 57);

  WHEREAS, a notice of the transfer of the claim from Green Tree Servicing LLC to Ditech Financial LLC was filed on February 15, 2017 (doc. 79);

WHEREAS, on January 27, 2017, the Chapter 13 Trustee deposited with the Clerk of the Bankruptcy Court the sum of $7,420.47, which sum represents funds disbursed by the Chapter 13 Trustee to Green Tree Servicing LLC on Claim 10-1 and which funds were subsequently returned by Green Tree Servicing LLC (doc. 76, 78);

WHEREAS, the Chapter 13 Trustee has filed a Notice of Final Cure Payment (doc. 76); and

WHEREAS, Respondent has filed its Response to Notice of Final Cure Payment at (doc. 78);

It is therefore Stipulated and agreed by the undersigned parties as follows:

1. Respondent agrees that the Debtors have paid in full the amount required to cure the prepetition default on the Respondent's claim.

2. Respondent states that the Debtors are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs, and that the next postpetition payment due from the debtor is due on February 1, 2017.

3. Respondent is prohibited from adding any fees or other charges to the debtor's account in connection with the filing of its Response, or for attending any hearing in this matter.

4. The parties' stipulation herein shall not preclude Respondent from recovering the funds in the amount of $7,420.47 deposited with the Clerk in connection with Claim 10-1.

Consented to by:

/s/ Richard J. Bedford, Esquire                     /s/ James C. Warmbrodt, Esquire
Richard J. Bedford, Esquire                          James C. Warmbrodt, Esquire

| | |
|---|---|
| PA I.D. 25069 | PA I.D. 42524 |
| Attorney for Chapter 13 Trustee | Attorney for Respondent |
| US Steel Tower-Suite 3250 | KML Law Group, P.C. |
| Pittsburgh, PA  15219 | 701 Market Street, Suite 5000 |
| 412-471-5566 | Philadelphia, PA 19106 |
| rbedford@chapter13trusteewdpa.com | Phone: 215-627-1322 |
| | Fax: 215-627-7734 |
| | jwarmbrodt@kmllawgroup.com |

It is hereby ORDERED that the parties' Stipulation be and hereby is APPROVED.

By the Court,

_____ J.

cgt

Dated:  April 18, 2017

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Aaron D. Coleman
Amy C. Coleman
     Debtors

Case No. 11-27513-GLT
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: amaz     Page 1 of 1     Date Rcvd: Apr 18, 2017
                         Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2017.
db/jdb         +Aaron D. Coleman,    Amy C. Coleman,    120 McFann Road,    Valencia, PA 16059-1918

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2017                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2017 at the address(es) listed below:
         Celine P. DerKrikorian    on behalf of Creditor    EverBank ecfmail@mwc-law.com
         Dai Rosenblum    on behalf of Debtor Aaron D. Coleman dunmyrem@zoominternet.net,
          dailaw@earthlink.net;dailaw2@earthlink.net;pjbz@zoominternet.net;jmp124@yahoo.com
         Dai Rosenblum    on behalf of Joint Debtor Amy C. Coleman dunmyrem@zoominternet.net,
          dailaw@earthlink.net;dailaw2@earthlink.net;pjbz@zoominternet.net;jmp124@yahoo.com
         James Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
         Kevin T. McQuail    on behalf of Creditor    Bank of America, N.A. ecfmail@mwc-law.com
         Marisa Myers Cohen    on behalf of Creditor    EverBank mcohen@mwc-law.com
         Nicholas A. DiDomenico    on behalf of Creditor    First Commonwealth Bank, successor by merger to
          Great American Savings and Loan Association ndidomenico@lenderlaw.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                                                                                                                                           TOTAL: 9