**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | ) |
| AARON D. COLEMAN, AND AMY C. COLEMAN, | ) Case No: 11-27513-GLT |
| Debtors. | ) Chapter 13 |
| AARON D. COLEMAN, AND AMY C. COLEMAN, | ) Related to Document No.: 106, 107 |
| Movants, | ) Hearing Date: 06/14/2017 |
| | ) Hearing Time: 9:00 AM |
| v. | ) Response Deadline: 05/29/2017 |
| DITECH FINANCIAL LLC, | ) |
| Respondent. | ) |
| RONDA J. WINNECOUR, Trustee. | ) |

**CERTIFICATE OF SERVICE OF MOTION FOR SANCTIONS AND NOTICE SETTING HEARING**

I, Dai Rosenblum, Esquire, certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses on specified below, on May 10, 2017. The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was partly by first class United States mail and partly by electronic notification.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

*Service by First-Class Mail:*

**Aaron D. Coleman**
**Amy C. Coleman**
120 McFann Road
Valencia, PA 16059

**Ditech Financial LLC**
Attn: Bankruptcy/Legal Dept.
PO BOX 6154
RAPID CITY, SD 57709-6154

**Carlos Hernandez-Vivoni**
**Ditech Financial LLC**
c/o Buckley Madole, P.C.
P. O. Box 9013
Addison, TX 75001

*Service by Electronic Notification (via Notice of Electronic Filing, and via direct e-mail if indicated):*

**Ronda J. Winnecour**
Not served directly per Trustee's request, NEF only

**Office of the United States Trustee**
ustpregion03.pi.ecf@usdoj.gov

**James Warmbrodt**
**Ditech Financial LLC**
bkgroup@kmllawgroup.com


Executed on: May 10, 2017

\_\_/s/\_Dai\_Rosenblum,\_Esq.\_\_\_
Dai Rosenblum, Esquire
Suite B, 254 New Castle Road
Butler, PA 16001-2529
724-283-2900     Pa. ID# 31802
dailaw@earthlink.net

Case 11-27513-GLT    Doc 108    Filed 05/10/17    Entered 05/10/17 17:16:55    Desc Main
Document      Page 2 of 2