# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>AARON D. COLEMAN, AND<br>AMY C. COLEMAN,<br>          Debtors.<br><br>AARON D. COLEMAN, AND<br>AMY C. COLEMAN,<br><br>          Movants,<br><br>v.<br><br>DITECH FINANCIAL LLC,<br><br>          Respondent.<br><br><br>RONDA J. WINNECOUR, Chapter 13 Trustee. | Case No.: 11-27513-GLT<br><br>Chapter 13<br><br>Related to Doc. No. 120 |

### CERTIFICATE OF SERVICE OF MODIFIED STIPULATED AND AGREED ORDER ON DEBTORS' MOTION FOR SANCTIONS FOR VIOLATION OF THE DISCHARGE INJUNCTION AND COURT ORDER

I certify under penalty of perjury that I served the above-captioned submission on the parties at the addresses specified below on June 8, 2017.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was through the Court's CM/ECF system.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete

postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

**Service by First Class Mail**

**Aaron D. Coleman**
**Amy C. Coleman**
120 McFann Road
Valencia, PA 16059

**Chapter 13 Trustee**
Ronda J. Winnecour, Esq.
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

**Counsel for the Debtor**
Dai Rosenblum, Esq.
Suite B, 254 New Castle Road
Butler, PA 16001-2529
dailaw@earthlink.net

**Office of the United States Trustee**
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

/s/ Jared S. Roach
Jared S. Roach (PA ID No. 307541)
Maura P. Nuno (PA ID No. 322880)
REED SMITH LLP
Reed Smith Centre
225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222
Tel.:   (412) 288-3131
Fax:   (412) 288-3063
Email: jroach@reedsmith.com
         mnuno@reedsmith.com
*Counsel to Ditech Financial LLC*