**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: ) | |
| ) | |
| AARON D. COLEMAN, AND ) | Case No: 11-27513-GLT |
| AMY C. COLEMAN, ) | |
| Debtors. ) | Chapter 13 |
| ) | |
| AARON D. COLEMAN, AND ) | Related to Doc. No.: 123, 124 |
| AMY C. COLEMAN, ) | |
| ) | Hearing Date: 10/04/2017 |
| Movants, ) | |
| ) | Hearing Time: 9:00 AM |
| v. ) | |
| ) | Response Deadline: 09/05/2017 |
| DITECH FINANCIAL LLC, ) | |
| ) | |
| Respondent. ) | |
| ) | |
| RONDA J. WINNECOUR, Trustee. ) | |

**CERTIFICATE OF SERVICE OF MOTION FOR SANCTIONS AND NOTICE SETTING HEARING**

I, Dai Rosenblum, Esquire, certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses on specified below, on August 17, 2017. The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was partly by first class United States mail and partly by electronic notification.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

*Service by First-Class Mail:*

**Aaron D. Coleman**
**Amy C. Coleman**
120 McFann Road
Valencia, PA 16059

**Ditech Financial LLC**
Attn: Bankruptcy/Legal Dept.
PO BOX 6154
RAPID CITY, SD 57709-6154

**Ditech Financial LLC**
P.O.Box 9013
Addison, TX 75001

**Jared S. Roach**
Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222

***Service by Electronic Notification (via Notice of Electronic Filing, and via direct e-mail if indicated):***

**Ronda J. Winnecour**
Not served directly per Trustee's request, NEF only

**Office of the United States Trustee**
ustpregion03.pi.ecf@usdoj.gov

**Jared S. Roach**
jroach@reedsmith.com

**James Warmbrodt**
bkgroup@kmllawgroup.com


Executed on: August 17, 2017

__/s/_Dai_Rosenblum,_Esq.___
Dai Rosenblum, Esquire
Suite B, 254 New Castle Road
Butler, PA 16001-2529
724-283-2900    Pa. ID# 31802
dailaw@earthlink.net