**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br>AARON D. COLEMAN, AND<br>AMY C. COLEMAN,<br>         Debtors.<br><br>AARON D. COLEMAN, AND<br>AMY C. COLEMAN,<br><br>         Movants,<br><br>v.<br><br>DITECH FINANCIAL LLC,<br><br>         Respondent.<br><br><br>RONDA J. WINNECOUR, Chapter 13 Trustee. | Case No.: 11-27513-GLT<br><br>Chapter 13<br><br><br>Related to Doc. No. 132 |

**CERTIFICATE OF SERVICE OF MODIFIED ORDER GRANTING THE**
**MOTION TO EXTEND DEADLINE TO FILE RESPONSE TO MOTION**
**FOR SANCTIONS AND CONTINUE HEARING DATE**

I certify under penalty of perjury that I served the above-captioned pleading on the parties at the addresses specified below on October 13, 2017.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was through the Court's CM/ECF system.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete

postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

**Service by First Class Mail**

**Debtors**
Aaron D. Coleman
120 McFann Road
Valencia, PA 16059

Amy C. Coleman
120 McFann Road
Valencia, PA 16059

**Counsel for the Debtor**
Dai Rosenblum, Esq.
Suite B, 254 New Castle Road
Butler, PA 16001-2529
dailaw@earthlink.net

**Chapter 13 Trustee**
Ronda J. Winnecour, Esq.
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

**Office of the United States Trustee**
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

/s/ Jared S. Roach
Jared S. Roach (PA ID No. 307541)
Maura P. Nuno (PA ID No. 322880)
REED SMITH LLP
Reed Smith Centre
225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222
Tel.:   (412) 288-3131
Fax:   (412) 288-3063
Email: jroach@reedsmith.com
            mnuno@reedsmith.com
*Counsel to Ditech Financial LLC*