FILED
10/23/17 3:23 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br>AARON D. COLEMAN, AND<br>AMY C. COLEMAN,<br>　　　　Debtors.<br><br>AARON D. COLEMAN, AND<br>AMY C. COLEMAN,<br><br>　　　　Movants,<br><br>v.<br><br>DITECH FINANCIAL LLC,<br><br>　　　　Respondent.<br><br><br>RONDA J. WINNECOUR, Chapter 13 Trustee. | Case No.: 11-27513-GLT<br><br>Chapter 13<br><br><br>Related to Dkt. Nos. 123 and 134<br><br><br>Hearing: November 22, 2017 at 11:00 a.m. |

**MODIFIED**
**STIPULATED AND AGREED ORDER ON DEBTORS' SECOND MOTION FOR**
**SANCTIONS FOR VIOLATION OF THE DISCHARGE INJUNCTION AND COURT**
**ORDER**

Ditech Financial LLC, formerly known as Green Tree Servicing LLC ("Ditech" or "Respondent"), and Aaron D. Coleman and Amy C. Coleman (the "Debtors" and collectively, the "Parties") file this *Stipulated and Agreed Order* resolving the *Debtors' Second Motion for Sanctions for Violation of the Discharge Injunction and Court Order* [Doc. No. 123] (the "Motion") filed on August 17, 2017. In support of the Stipulated and Agreed Order, the Parties represent the following:

　　　　1.　　On December 16, 2011, the Debtors filed a voluntary petition for relief under chapter 13 of title 11 of the United States Code, 11 U.S.C § 101 *et seq.*, in the United States Bankruptcy Court for the Western District of Pennsylvania (the "Bankruptcy Case").

- 1 -

2. On March 27, 2012, Bank of America, N.A., filed a proof of claim in the Bankruptcy Case [Claim No. 10].

3. On May 27, 2014, EverBank filed a Notice of Transfer of Claim to Ditech [Doc. No. 57].

4. On August 17, 2017, the Debtors filed the instant Motion [Doc. No. 123].

5. The Parties reached a consensual resolution to the Motion, and the Debtors have agreed to withdraw the Motion, conditioned on payment by the Respondent to the Debtors of $8,000.00, which includes attorney's fees. By making this payment as a good faith compromise and settlement to amicably resolve litigation, the Respondent does not admit to any wrongdoing.

6. Pursuant to the foregoing, the Parties STIPULATE AND AGREE THAT:

   a. The Debtors' total payoff as of October 17, 2017 is $64,276.64. The mortgage is current but Debtors are due for their October 1, 2017 payment.

   b. Ditech is barred from adding any amounts not already owed, including but not limited to late fees, interest, legal fees, and costs, in connection with anything from prior to the date of this Order.

   c. Ditech will pay $8,000.00 to the order of Dai Rosenblum within thirty days of the Court's entry of this Order.

   d. The Motion is withdrawn, subject to payment of the $8,000.00; and

   e. Ditech's response to the Motion and the hearing on the Motion is cancelled.

7. The hearing scheduled for November 22, 2017 is **CANCELLED.**

**AGREED TO AND ACCEPTED BY:**

Dated: October 19, 2017

| | |
|---|---|
| REED SMITH LLP<br><br>*/s/ Jared S. Roach*<br>Jared S. Roach (PA ID No. 307541)<br>Maura P. Nuno (PA ID No. 322880)<br>Reed Smith Centre<br>225 Fifth Avenue, Suite 1200<br>Pittsburgh, PA 15222<br>Telephone: (412) 288-3131<br>Facsimile: (412) 288-3063<br>Email: jroach@reedsmith.com<br>        mnuno@reedsmith.com<br><br>*Counsel to Ditech Financial LLC* | */s/Dai Rosenblum*<br>Dai Rosenblum, Esq. PA ID 31802<br>Suite B, 254 New Castle Road<br>Butler, PA 16001-2529<br>Telephone: (724) 283-2900<br>Facsimile: (724) 287-5302<br>Email: dailaw@earthlink.net<br><br>*Counsel to the Debtors* |

BY THE COURT:

Dated: October 23, 2017

GREGORY L. TADDONIO, JUDGE
UNITED STATES BANKRUPTCY COURT

United States Bankruptcy Court
Western District of Pennsylvania

In re:   Case No. 11-27513-GLT
Aaron D. Coleman   Chapter 13
Amy C. Coleman
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2   User: aala   Page 1 of 1   Date Rcvd: Oct 23, 2017
                      Form ID: pdf900   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 25, 2017.
db/jdb         +Aaron D. Coleman,    Amy C. Coleman,    120 McFann Road,    Valencia, PA 16059-1918

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 23, 2017 at the address(es) listed below:
              Celine P. DerKrikorian    on behalf of Creditor    EverBank ecfmail@mwc-law.com
              Dai Rosenblum    on behalf of Debtor Aaron D. Coleman dunmyrem@zoominternet.net,
               dailaw@earthlink.net;dailaw2@earthlink.net;pjbz@zoominternet.net;jmp8618@gmail.com
              Dai Rosenblum    on behalf of Joint Debtor Amy C. Coleman dunmyrem@zoominternet.net,
               dailaw@earthlink.net;dailaw2@earthlink.net;pjbz@zoominternet.net;jmp8618@gmail.com
              Daniel Mark Campbell     on behalf of Creditor    RBS Citizens dcampbell@hunton.com,
               sklein@hunton.com
              James Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              Jared S. Roach    on behalf of Creditor    Ditech Financial LLC jroach@reedsmith.com,
               bankruptcy-2628@ecf.pacerpro.com;slucas@reedsmith.com
              Kevin T. McQuail    on behalf of Creditor    Bank of America, N.A. ecfmail@mwc-law.com
              Marisa Myers Cohen    on behalf of Creditor    EverBank mcohen@mwc-law.com
              Nicholas A. DiDomenico    on behalf of Creditor    First Commonwealth Bank, successor by merger to
               Great American Savings and Loan Association ndidomenico@lenderlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 11